Joseph P. BECKER, Petitioner–
Appellant,

v.

Michael MARTEL, Warden,
Respondent–Appellee.

No. 08–55527.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 8, 2011.

Filed Feb. 16, 2011.

Holly A. Sullivan, Law Office of Holly A. Sullivan, San Diego, CA, for Petitioner–Appellant.

by Ninth Circuit Rule 36–3.

Matthew Mulford, AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, Chief Judge, HAWKINS and FISHER, Circuit Judges.

## MEMORANDUM *

Although the sentencing judge violated clearly established federal law by imposing an upper term sentence based on Becker's "lengthy record," *see Cunningham v. California*, 549 U.S. 270, 288–93, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007), the error was harmless because we have no "grave doubt" that a jury would've also found Becker's record "lengthy" given his numerous prior convictions, *see Butler v. Curry*, 528 F.3d 624, 648 (9th Cir.2008) (internal quotation marks omitted).

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.